```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

United States

    v.                    Case No. 98-cr-15-01-SM

Sean Brown


ORDER

    Re: Document No. 96, MOTION for Leave to File a Pro Se Pleading

    Ruling: Denied.  This case is closed; final judgment has been entered.  The period in which defendant could have filed a petition for relief under the federal habeas provisions of 28 U.S.C. §§ 2255 has expired.  Finally, defendant has not made (and likely cannot make) the requisite showing of need for, nor entitlement to, transcripts at government expense.  See Ellis v. State of Maine, 448 F.2d 1325, 1327 (1st Cir. 1971); 28 U.S.C. § 753(f).


Date:  December 14, 2011           /s/ Steven J. McAuliffe
                                          Steven J. McAuliffe
                                          Chief Judge

cc:  Sean Brown, pro se
     Terry Ollila, AUSA